**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NOUCHIE VELLON, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                    Plaintiff,

        v.

G.A.L. MANUFACTURING COMPANY, LLC
and VANTAGE ELEVATION LLC,

                    Defendants.

**Case No.**: 1:24-cv-07424

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants G.A.L. MANUFACTURING COMPANY, LLC and VANTAGE ELEVATION LLC (collectively "Defendants"), having offered to allow Plaintiff NOUCHIE VELLON ("Plaintiff") to take a judgment against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00) ("Judgment Amount"), to resolve all of Plaintiff's individual FLSA claims against Defendants, inclusive of attorneys' fees and costs, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 27, 2025 and filed as Exhibit A to Docket Number 24;

**WHEREAS**, on March 5, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 24);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Nouchie Vellon, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 27, 2025 and filed as Exhibit A to Docket Number 24. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025                    _____
            New York, New York                                                                    U.S.D.J.